In re:                                                                      Case No. 13-02690-JJT
James Lee Petruncio                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: admin              Page 1 of 3              Date Rcvd: May 24, 2013
                              Form ID: B9I             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2013.

```
db          +James Lee Petruncio,    239 North Main Street,    Wilkes Barre, PA 18702-4425
4320735     +BERKHEIMER ASSOCIATES,    15 PUBLIC SQUARE SUITE 500,    WILKES BARRE PA 18701-1704
4320736      BERKHEIMER TAX ADMINISTRATOR,    PO BOX 25144,    LEHIGH VALLEY PA 18002-5144
4320740     +EQUIFAX,   PO BOX 740256,    ATLANTA GA 30374-0256
4320741     +EXPERIAN,    PROFILE MAINTENANCE,    PO BOX 9558,    ALLEN TX 75013-9558
4320742     +HOME DEPOT CREDIT SERVICES,    PO BOX 790328,    ST LOUIS MO 63179-0328
4320743     +INTERMOUNTAIN MEDICAL GROUP,    610 WYOMING AVE,    KINGSTON PA 18704-3787
4320747     +JIM SPAGNOLA DIRECTOR,    LUZERNE COUNTY VETERANS AFFAIRS,    77 WATER STREET,
              WILKES-BARRE PA 18702-2518
4320748     +LUZERNE COUNTY TAX CLAIM BUREAU,    200 NORTH RIVER STREET,    WILKES-BARRE PA 18711-1004
4320749     +LUZERNE COUNTY TREASURER,    200 N RIVER ST,    WILKES BARRE PA 18711-1004
4320750     +NORTHEAST REVENUE SERVICE LLC,    15 PUBLIC SQUARE SUITE 202,    WILKES BARRE PA 18701-1703
4320751     +OFFICER MANAGING OR GENERAL AGENT,    TOBYHANNA FEDERAL CREDIT UNION,    315 FRANKLIN AVE,
              SCRANTON PA 18503-1241
4320752     +PPL CUSTOMER SERVICES,    827 HAUSMAN RD,    ALLENTOWN PA 18104-9392
4320753     +SEAN JELEN PRESIDENT  CEO,    TOBYHANNA FEDERAL CREDIT UNION,    315 FRANKLIN AVE,
              SCRANTON PA 18503-1241
4320754     +SOCIAL SECURITY HEARING OFFICE,    7 NORTH WILKES BARRE BLVD,    STEGMAIER BUILDING SUITE 201,
              WILKES BARRE PA 18702-5241
4320756     +THE HOME DEPOT,    PO BOX 182676,    COLUMBUS OH 43218-2676
4320759     +TRANSUNION CORPORATION,    ATTENTION PUBLIC RECORDS,    555 WEST ADAMS ST,    CHICAGO IL 60661-3631
4320760    ++UGI UTILITIES INC,    MANAGER CREDIT AND COLLECTIONS,    225 MORGANTOWN ROAD,
              READING PA 19611-1949
             (address filed with court: UGI PENN NATURAL GAS,     ONE UGI CENTER,    WILKES BARRE PA 18711)
4320761     +VALEEN D HYKES ESQUIRE,    MICHAEL J OCONNOR  ASSOCIATES LLC,    PO BOX 201,
              FRACKVILLE PA 17931-0201
4320764     +WILKES BARRE GENERAL HOSPITAL,    575 N RIVER ST,    WILKES BARRE PA 18764-0001
4320765      WILKES BARRE GENERAL HOSPITAL,    PO BOX 630958,    CINCINNATI OH 45263-0958
4320766     +WILKES-BARRE CITY HALL,    40 EAST MARKET STREET,    WILKES-BARRE PA 18711-0454
4320767      WVSA,   PO BOX 33A,    WILKES BARRE PA 18703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty          E-mail/Text: usbkct@bankruptcypa.com May 24 2013 16:47:30      Carlo Sabatini,
              Sabatini Law Firm, LLC,    216 N. Blakely Street,    Dunmore, PA   18512
tr          +E-mail/Text: dehartstaff@pamd13trustee.com May 24 2013 16:51:52
              Charles J. DeHart, III (Trustee),    8125 Adams Drive, Suite A,    Hummelstown, PA 17036-8625
4320737      EDI: CAPITALONE.COM May 24 2013 18:43:00      CAPITAL ONE,    PO BOX 30285,
              SALT LAKE CITY UT 84130-0285
4320738     +EDI: CAPITALONE.COM May 24 2013 18:43:00      CAPITAL ONE BANK,    PO BOX 71083,
              CHARLOTTE NX  28272-1083
4320739      E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 24 2013 16:54:36      DEPARTMENT OF REVENUE,
              DEPARTMENT 280946,    ATTENTION BANKRUPTCY DIVISION,    HARRISBURG PA  17128-0946
4320746      EDI: IRS.COM May 24 2013 18:43:00      INTERNAL REVENUE SERVICE,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
4320745      EDI: IRS.COM May 24 2013 18:43:00      INTERNAL REVENUE SERVICE,    FRESNO SERVICE CENTER,
              FRESNO CA 93888-0029
4320755     +EDI: AISTMBL.COM May 24 2013 18:43:00      T MOBILE,    PO BOX 37380,    ALBUQUERQUE NM 87176-7380
4320757     +E-mail/Text: vclark@tobyhannafcu.org May 24 2013 16:53:07      TOBYHANNA FEDERAL CREDIT UNION,
              315 FRANKLIN AVE,    SCRANTON PA 18503-1241
4320762      EDI: AFNIVZCOMBINED.COM May 24 2013 18:43:00      VERIZON,    PO BOX 1100,    ALBANY NY 12250-0001
                                                                                               TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4320763      WILKES BARRE CITY,    ROOM 10 - CITY HALL,    40 E MARKET STREET,    WILKES BARREPA 189711
4320744*    +INTERMOUNTAIN MEDICAL GROUP,    610 WYOMING AVENUE,    KINGSTON PA 18704-3787
4320734*    +JAMES LEE PETRUNCIO,    239 NORTH MAIN STREET,    WILKES BARRE PA 18702-4425
4320758*    +TOBYHANNA FEDERAL CREDIT UNION,    315 FRANKLIN AVENUE,    SCRANTON PA 18503-1241
                                                                                 TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2013**　　　　　　　　　　　　**Signature:**　　　*/s/ Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2013 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0

B9I (Official Form 9I) (Chapter 13 Case) (12/12)  Case Number **5:13−bk−02690−JJT**

UNITED STATES BANKRUPTCY COURT Middle District of Pennsylvania

# Notice of
# Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 5/23/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
James Lee Petruncio
 aka James L Petruncio, aka Jim Petruncio
239 North Main Street
Wilkes Barre, PA 18702

| Case Number:<br>5:13−bk−02690−JJT | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−9175 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Carlo Sabatini<br>Sabatini Law Firm, LLC<br>216 N. Blakely Street<br>Dunmore, PA 18512<br>Telephone number: 570 341−9000 | Bankruptcy Trustee (name and address):<br>Charles J. DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>Telephone number: 717 566−6097 |

## Meeting of Creditors

Date: **June 24, 2013**     Time: **12:00 PM**
Location: **Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **9/22/13**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **11/19/13**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/23/13**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has not filed a plan as of this date. You will be sent separate notice of the hearing on confirmation of the plan.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>Telephone number: (570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 5:00 PM | Date: 5/23/13 |

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices